# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TYREE LAWSON, | : | No. 136 MM 2019 |
| Petitioner | : | |
| v. | : | |
| OFFICE OF MONTGOMERY COUNTY DISTRICT ATTORNEY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus Relief" and the "Application for Leave to File Supplemental Request to Mandamus Action" are DENIED.